New York State Law Enforcement Officers Union, Council 82, AFSCME, AFL-CIO, Local 3471 v City of Geneva (2024 NY Slip Op 01482)

New York State Law Enforcement Officers Union, Council 82, AFSCME, AFL-CIO, Local 3471 v City of Geneva

2024 NY Slip Op 01482

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (683/23) CA 22-01159.

[*1]NEW YORK STATE LAW ENFORCEMENT OFFICERS UNION, COUNCIL 82, AFSCME, AFL-CIO, LOCAL 3471, STEVE VINE, AS PRESIDENT OF LOCAL 3471, RANDALL GRENIER, JR., AND DANIEL HICKEY, PLAINTIFFS-RESPONDENTS, 
v
CITY OF GENEVA, DEFENDANT-RESPONDENT, ET AL., DEFENDANTS. JESSICA FARRELL, THERESA JOHNSON, CHARLES KING, AMARIS ELLIOTT-ENGEL, AHMAD WHITFIELD, WIL WOLF AND CARRIE CORRON, AS MEMBERS OF FORMER GENEVA POLICE REVIEW BOARD, PROPOSED-INTERVENORS DEFENDANTS-APPELLANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.